## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FATEEN GROCE,                                             Plaintiff, | |
| v. | No. 2:21-cv-5132 |
| DETECTIVE MCGOLDRICK, *et al.*,                     Defendants. | |

## O R D E R

**AND NOW**, this 27th day of November, 2023, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion for Summary Judgment, ECF No. 68, is **GRANTED**;

2. **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff on the sole remaining claim of malicious prosecution.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge